**Marquis Aurbach Coffing**
Avece M. Higbee, NBN#3739
Terry A. Coffing, NBN#4949
Brian R. Hardy, NBN#10068
Jamie A. Frost, NBN #11507
Chad F. Clement, NBN#12192
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
cclement@maclaw.com
*Attorneys for Plaintiffs Pro Hac Vice*

**May, Browning & May, PLLC**
Bart D. Browning, ISB#3201
J. Justin May, ISB#5818
516 Hansen St. East
Twin Falls, Idaho  83301
Telephone: (208) 733-7180
Facsimile: (208) 733-7967
bart@maybrowning.com
jmay@maybrowning.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| T. DORFMAN, INC., a Canadian corporation, and TERRY DORFMAN, an individual,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>- vs −<br><br>MELALEUCA, INC., an Idaho corporation, MELALEUCA OF CANADA, INC., an Idaho corporation,<br><br>Defendants and Counterclaim Plaintiffs,<br><br>and FRANK VANDERSLOOT, individually, and in his official management capacity,<br><br>Defendant. | Case No. 4:12-cv-00134-EJL-CWD<br><br>Judge Edward J. Lodge<br>Magistrate Judge Candy W. Dale<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THE UNENFORCEABILITY OF POLICY 20** |

MAC:12971-001 2190484_1 3/24/2014 8:34 PM

Plaintiffs and Counterclaim Defendants T. Dorfman, Inc., ("TDI") and Terry Dorfman ("Ms. Dorfman") (collectively, "Plaintiffs") submit this Motion for Summary Judgment on the Unenforceability of Policy 20, and request that this Court enter summary judgment in their favor on the Counterclaim pursuant to Fed. R. Civ. P. 56.

This Motion is made and based on Plaintiffs' Memorandum in Support of Motion for Summary Judgment on the Unenforceability of Policy 20; Plaintiffs' Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on the Unenforceability of Policy 20; and the Declaration of Terry Dorfman in Support of Motion for Summary Judgment on the Unenforceability of Policy 20, which are all filed contemporaneously herewith.

Dated this   24th   day of March, 2014.

MARQUIS AURBACH COFFING

By:   /s/ Chad F. Clement
    Avece M. Higbee, NBN#3739
    Terry A. Coffing, NBN#4949
    Brian R. Hardy, NBN#10068
    Jamie A. Frost, NBN#11507
    Chad F. Clement, NBN#12192
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiffs Pro Hac Vice*

    May, Browning & May, PLLC
    Bart D. Browning, ISB#3201
    J. Justin May, ISB#5818
    516 Hansen St. East
    Twin Falls, Idaho  83301
    *Attorneys for Plaintiffs*

MAC:12971-001 2190484_1 3/24/2014 8:34 PM

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT ON THE UNENFORCEABILITY OF POLICY**
**20** to be served in the method indicated below to the below-named parties this ⎯24th⎯ day of
March, 2014.

| | |
|---|---|
| Manning Curtis Bradshaw &<br>Bednar, LLC | ⎯⎯ HAND DELIVERY |
| Brent V. Manning | ⎯⎯ U.S. MAIL |
| Jess M. Krannich | ⎯⎯ FAX TRANSMISSION |
| Chris M. Glauser | ⎯⎯ E-MAIL TRANSMISSION |
| 136 East South Temple, Suite 1300 | _X_ ECF |
| Salt Lake City, UT 84111 | ⎯⎯ FEDERAL EXPRESS |
| *Attorneys for Defendants* | |
| | |
| Melaleuca, Inc. | |
| Ryan D. Nelson | ⎯⎯ HAND DELIVERY |
| Michael L. LaClare | ⎯⎯ U.S. MAIL |
| Keith H. Woffinden | ⎯⎯ FAX TRANSMISSION |
| 3910 South Yellowstone Hwy. | ⎯⎯ E-MAIL TRANSMISSION |
| Idaho Falls, ID 83402 | _X_ ECF |
| *Attorneys for Defendants* | ⎯⎯ FEDERAL EXPRESS |

⎯⎯ /s/ Chad F. Clement ⎯⎯⎯⎯⎯⎯⎯⎯⎯
An Employee of Marquis Aurbach Coffing

MAC:12971-001 2190484_1 3/24/2014 8:34 PM